**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ste. 860
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
tworthe@whwlawcorp.com
mfoellmer@whwlawcorp.com
TODD C. WORTHE, SBN 177452
MACKENZIE C. FOELLMER, SBN 255721

Attorneys for Defendant, AS AMERICA, INC., dba AMERICAN STANDARD [ERREONEOUSLY NAMED AS GROHE AMERICA, INC.; and LIXIL AMERICAS, INC.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GROHE AMERICA INC., and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No. <br> [LASC Case No. 22STCV12277] <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1332(a)** <br><br> Complaint Filed: 4/12/2022 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, AS AMERICA, INC., dba AMERICAN STANDARD, [ERREONEOUSLY NAMED AS GROHE AMERICA, INC.; and LIXIL AMERICAS, INC.] hereby removes to this Court, the State Court Action described below.

1. Defendant, AS AMERICA, INC., dba AMERICAN STANDARD, hereby invokes the jurisdiction of this Court based upon the provisions of 28 U.S.C. § 1332 and 28 U.S.C. § 1446, on the basis of diversity of citizenship.

///

2. On April 12, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled "*Allstate Insurance Company v. Grohe America, Inc., and Does 1 to 20, Inclusive, et al.*" bearing Case No. 22STCV12277. A copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

3. Contained within Plaintiff's form Complaint at paragraph 14.a.(2), which is attached as **Exhibit "A,"** is Plaintiff's prayer for compensatory damages in the amount of $132,000.00.

4. On August 18, 2022, Plaintiff, **ALLSTATE** filed a Doe Amendment to the Complaint naming as Doe 2, Defendant, AS AMERICA, INC. A copy of the Doe Amendment to the Complaint is attached hereto as **Exhibit "B."**

5. On August 18, 2022, Plaintiff's counsel electronically mailed counsel for Defendant, AS AMERICA, INC., a Notice and Acknowledgment of Receipt directed to Defendant, AS AMERICA, INC., also attaching and serving its Complaint, and its Second Amendment to the Complaint naming AS AMERICA, INC. A copy of the Notice and Acknowledgment of Receipt is attached hereto as **Exhibit "C."**

6. On August 30, 2022, counsel for Defendant, AS AMERICA, INC., executed and electronically returned the Notice of Acknowledgment of Receipt to counsel for Plaintiff. A copy of the executed Notice of Acknowledgment of Receipt is attached hereto as **Exhibit "D."**

7. Pursuant to 28 U.S.C. § 1446(b), defendant has thirty (30) days from the receipt of the Notice and Acknowledgment of Receipt, to and including September 19, 2022, to remove this matter to the United States District Court for the Central District of California, since the Complaint is "other paper from which it may first be ascertained that the case is removable on the basis of jurisdiction conferred by Section 1332 of this Title..."

8. This is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, as evidenced by **Exhibit "A."**

9. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1332(a), in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00.

10. Defendant is informed and believes that Plaintiff, ALLSTATE INSURANCE COMPANY, is an insurance company authorized to transact business in California; and that Plaintiff is the subrogee under a policy of property insurance issued to Michael Goldman, and brings this action as a real party in interest.

11. Defendant is informed and believes that Michael Goldman was insured by Plaintiff under a written policy of insurance, the terms of which obligated Plaintiff to indemnify said insured against property damage at 1345 18th Street, Manhattan Beach, CA 90266.

12. Defendant, AS AMERICA, INC., is and was at all times relevant, a corporation, organized and existing under the laws of the State of New Jersey, with its principal place of business in Piscataway, New Jersey.

13. Accordingly, the United States District Court for the Central District of California - Central Division, has diversity jurisdiction, and this action is properly removed pursuant to 28 U.S.C., §1332(a), et seq.

DATED: August 31, 2022  **WORTHE HANSON & WORTHE**

By: /s/ Todd C. Worthe
TODD C. WORTHE, ESQ.
MACKENZIE C. FOELLMER, ESQ.
Attorneys for Defendant, AS AMERICA, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Suite 860, Santa Ana, California 92705.

On August 31, 2022, I served the foregoing document described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1446(b) AND 28 U.S.C. §1332(a)** on all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine. Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ BY THE E.C.F. SYSTEM as follows:

☒ BY ELECTRONIC SERVICE Pursuant to Agreement and to the e-mail addresses stated on the attached Service List; and

☒ BY MAIL as follows:
  ☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
  ☒ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  ☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY PRIORITY OVERNIGHT DELIVERY (**VIA FEDERAL EXPRESS**): I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ ____STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 31, 2022, at Santa Ana, California.

_GINA M. FISHER_

**PROOF OF SERVICE**

**SERVICE LIST**
*Allstate Insurance Company v. Grohe America, Inc., et al.*
[LASC Case No. 22STCV1 2277]
USDC Case No. Unassigned

William Michael Loscotoff, Esq.
Schroeder Loscotoff Stevens LLP
7410 Greenhaven Dr., Ste. 200
Sacramento, CA 95831-5160
(916) 438-8300 Office
(916) 438-8306 Fax
Email Adresses:
William Michasel Loscotoff - wloscotoff@calsubro.com
Nicole Vales - nvales@calsubro.com
Jade Johnson - Legal Assistant: jjohnson@calsubro.com
**ATTORNEY FOR PLAINTIFF, ALLSTATE INSURANCE COMPANY**