EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Los Angeles on 04/12/2022 11:41 AM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Miranda, Deputy Clerk

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* 22STCV12277 | FOR COURT USE ONLY |
|---|---|
| William Loscotoff   Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: William Crowfoot<br>Schroeder Loscotoff Stevens LLP<br>7410 Greenhaven Drive, Suite 200<br>Sacramento, CA 95831<br>TELEPHONE NO.: (916) 438-8300   FAX NO. *(Optional):* (916) 438-8306<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: ALLSTATE INSURANCE COMPANY

DEFENDANT: GROHE AMERICA, INC.; and

[X] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*
**Type** *(check all that apply):*
☐ **MOTOR VEHICLE**   [X] **OTHER** *(specify):* Products Liability
  ☐ Property Damage   ☐ Wrongful Death
  ☐ Personal Injury   [X] Other Damages *(specify):* Insurance Subrogation

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded ☐ does not exceed $10,000
                  ☐ exceeds $10,000, but does not exceed $25,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER: 22STCV12277

1. **Plaintiff** *(name or names):* ALLSTATE INSURANCE COMPANY

   alleges causes of action against **defendant** *(name or names):* GROHE AMERICA, INC.; and DOES 1 to 20
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [X] **except** plaintiff *(name):* ALLSTATE INSURANCE COMPANY
      (1) [X] a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms  ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

6402WL — Goldman

PLD-PI-001

| SHORT TITLE: ALLSTATE v. GROHE | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: GROHE AMERICA, INC.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1 to 20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1 to 20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

---

PLD-PI-001 [Rev. January 1, 2007]  
CEB Essential Forms — ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

6402WL - Goldman

Page 2 of 3

PLD-PI-001

| SHORT TITLE: ALLSTATE v. GROHE | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify)*:
       At all relevant times, Plaintiff ALLSTATE INSURANCE COMPANY insured the property located at 1345 18th Street, Manhattan Beach, CA 90266 for damage. On April 17, 2019, Defendants caused damage to the aforementioned property. Plaintiff paid for damages caused by Defendants and is subrogated to the extent of its payout.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☒ in the amount of: $  in excess of $132,000.00 plus prejudgment interest at the legal rate.

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    All paragraphs.

Date: 04/12/2022

William Loscotoff, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]      **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**      Page 3 of 3

CEB Essential Forms      6402WL — Goldman

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| ALLSTATE v. GROHE | |

_____   **CAUSE OF ACTION- Products Liability**   Page _____
(number)
ATTACHMENT TO ☐ Complaint   ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: ALLSTATE INSURANCE COMPANY

Prod. L-1. On or about *(date)*: April 17, 2019   plaintiff was injured by the following product:
Grohe K4 Kitchen Faucet, Product No. 32073SD0

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
☒ used in the manner intended by the defendants.
☒ used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☐ purchaser of the product.                    ☐ user of the product.
☐ bystander to the use of the product.         ☒ other *(specify)*: Insurer of the purchaser, user, bystander

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. ☒ **Count One-Strict liability** of the following defendants who
    a. ☒ manufactured or assembled the product *(names)*:
        GROHE AMERICA, INC.; and
        ☒ Does   1   to 20
    b. ☒ designed and manufactured component parts supplied to the manufacturer *(names)*:
        GROHE AMERICA, INC.; and
        ☒ Does   1   to 20
    c. ☒ sold the product to the public *(names)*:
        GROHE AMERICA, INC.; and
        ☒ Does   1   to 20

Prod. L-5. ☒ **Count Two-Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
    GROHE AMERICA, INC.; and
    ☒ Does   1   to 10

Prod. L-6. ☒ **Count Three-Breach of warranty** by the following defendants *(names)*:
    GROHE AMERICA, INC.; and
    ☒ Does   1   to 20
    a. ☒ who breached an implied warranty
    b. ☐ who breached an express warranty which was
        ☐ written   ☐ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment-Prod. L-7   ☐ as follows:

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
CEB Essential Forms   ceb.com
**CAUSE OF ACTION - Products Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
6402WL - Goldman